UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEGHAN WALLBLOM, as beneficiary and as personal representative of the Estate of Charles Smith,<br><br>Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL MANAGEMENT COMPANY, LLC BENEFIT PLAN,<br><br>Defendant. | NO. 2:15-cv-00135-JLQ<br><br>ORDER GRANTING PLAINTIFF'S WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT is Plaintiff's Notice of Withdrawal of Motion for Summary Judgment (ECF No. 17). Plaintiff seeks to withdraw her Motion for Summary Judgment (ECF No. 12), Statement of Facts (ECF No. 13), and Affidavit of Counsel (ECF No. 14). The court construes Plaintiff's Notice as a Motion to Withdraw, and the Motion (ECF No. 17) is **GRANTED**.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Summary Judgment (ECF No. 12) is **STRICKEN**.

2. Plaintiff's Amended Note for Hearing Motion for Summary Judgment (ECF No. 16) has been docketed as a motion and is **STRICKEN**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 25th day of September, 2015.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH

ORDER - 1