# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MEGHAN WALLBLOM, as beneficiary and as personal representative of the Estate of Charles Smith,

*Plaintiff*

v.

TYCO INTERNATIONAL MANAGEMENT COMPANY, LLC, BENEFIT PLAN,

*Defendant*

Civil Action No. 2:15-CV-135-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Stipulation for Order of Partial Dismissal is GRANTED. The Plaintiff's Complaint and the claims therein against Tyco International Management Company, LLC Benefit Plan only are dismissed WITH PREJUDICE and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush   on a Stipulation for Order of Partial Dismissal.

Date:  February 16, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb