1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6
7
8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| MEGHAN WALLBLOM, as beneficiary and as personal representative of the Estate of Charles Smith, | NO. 2:15-CV-00135-JLQ |
| Plaintiff, | |
| v. | ORDER RE: STIPULATION FOR ORDER OF DISMISSAL. DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |
| TYCO INTERNATIONAL MANAGEMENT COMPANY, LLC BENEFIT PLAN, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Third-Party Defendant. | |

18
19
20
21
22

    BEFORE THE COURT is the parties' Stipulation for Order of Dismissal (ECF No. 61) wherein the parties state all remaining claims have settled and agree to dismissal of this action with prejudice. Plaintiff's claims against Tyco International Management Company, LLC Benefit Plan and Tyco's third party claims against Aetna were previously dismissed. *See* (ECF No. 57); (ECF No. 59).

23

**IT IS HEREBY ORDERED**:

24

    1.    The Stipulation for Order of Dismissal (ECF No. 61) is **GRANTED**.

25
26

    2.    The Clerk is directed to enter judgment of dismissal of Plaintiff's Third-Party Complaint (ECF No. 49) and the claims therein against Aetna Insurance

ORDER - 1

Company **WITH PREJUDICE** and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, enter Judgment, furnish copies to counsel, and close this file.

**DATED** this 22nd day of March, 2016.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2