# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MEGHAN WALLBLOM, as beneficiary and as personal representative of the Estate of Charles Smith,

*Plaintiff*

v.

TYCO INTERNATIONAL MANAGEMENT COMPANY, LLC BENEFIT PLAN, Defendant/Third Party Plaintiff v. AETNA LIFE INSURANCE COMPANY, Third Party *Defendant*

Civil Action No. 2:15-CV-135-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Third-Party Complaint against Aetna Life Insurance Company and the claims therein are dismissed with prejudice and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush
    Stipulation for Order of Dismissal.

Date:  March 22, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb